UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| Douglas Dynamics, L.L.C. |
| --- |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

**S U M M O N S**

Court No. 24-cv-00047

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

**PROTEST**

| Port(s) of Entry: | 3901 (Chicago) | Center (if known): | Electronics |
| --- | --- | --- | --- |
| Protest Number: | 3901-23-129949 | Date Protest Filed: | 08-01-2023 |
| Importer: | Douglas Dynamics, L.L.C. | Date Protest Denied: | 08-24-2023 |
| Category of Merchandise: | Cable Assemblies | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| --- | --- | --- | --- | --- | --- |
| MYK27646352 | 08-26-22 | 07-21-23 | | | |
| MYK27646360 | 08-29-22 | 07-28-23 | | | |
| | | | | | |
| | | | | | |

Lara A. Austrins
Olsson Frank Weeda Terman Matz PC
2000 Pennsylvania Ave., NW, Suite 4003
Washington, DC 20006
laustrins@ofwlaw.com  (202) 789-1212

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| cable assemblies | 9903.88.03<br>8544.42.9090 | 25%<br>2.6% | 8544.42.9090 | 2.6% |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:
At liquidation, CBP imposed Section 301 duties upon the subject entries pursuant to 9903.88.03. Proper country of origin of the merchandise for country of origin purposes pursuant to 19 U.S.C. §1304(a) is Vietnam and not China. As a result, the subject goods are not subject to the Section 301 duties assessed at the rate of 25% ad valorem under 9903.88.03.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
*Signature of Plaintiff's Attorney*

February 20, 2024
_____
*Date*